CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
RM
MAY 05 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD WAYNE BARKSDALE, <br> Petitioner, | Civil Action No. 7:06CV00158 |
| v. | **FINAL ORDER** |
| TRACY S. RAY, WARDEN, <br> Respondent. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

as follows:

1. The above referenced petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**;

2. The petitioner's motion to proceed in forma pauperis is **DISMISSED** as moot; and

3. The petitioner's motion for discovery is **DISMISSED** as moot.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 5th day of May, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge

Case 7:06-cv-00158-JLK-mfu   Document 10   Filed 05/05/06   Page 1 of 1   Pageid#: 120